UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL WILLIAM KUNST<br>TINA LOUISE KUNST<br>Debtors. | CASE NO.: 26-50154-MWC<br><br>CHAPTER 7 |

**REPORT AND NOTICE OF INTENTION**
**TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE**

**TO: Debtor(s), Creditors, and Parties in Interest:**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN **that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:**

1) **Description and Value of Property:** *Non-exempt equity* in assets scheduled by the Debtor(s) as itemized below (Equity may not represent full value of asset):
   2015 Toyota Tacoma, 140,000 miles $8,695.00
   SUBTOTAL-$8695.00
   SERVICE FEE FOR MONTHLY TERMS-$521.76
   TOTAL-$9216.76
   12 MOS-$768.06
2) **Manner of Sale:** Private (x )* Public Auction ( )
3) **Terms of Sale:**
   a) Purchaser(s): Michael William Kunst and Tina Louise Kunst, Debtor(s).

b) "As is," "where is" with no warranties expressed or implied; This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and any such liens or encumbrances will not attach to the proceeds of this sale.
c) Assets and Terms as spelled out in the promissory note executed by Debtor(s);
d) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee. A $25.00 late fee may be assessed for late or missed payments.
e) All payments shall be made to **Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317, and mailed via Pre-paid, First Class U.S. Mail.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

**(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.* Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder. Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process. *Bids on vehicles must be a minimum of $2,500.00 or 25%, whichever is greater, of the full value of the vehicle, to insure payoff of any liens, encumbrances, exemption, and administrative fees and costs..*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Dated: October 29, 2026

/s/ Theresa M. Bender

THERESA M. BENDER
CHAPTER 7 TRUSTEE
P.O. Box 14557
Tallahassee, FL 32317
PH: (850) 205-7777
FL Bar No. 0749486
Tmbenderch7@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

In re:

Michael William Kunst
Tina Louise Kunst
Debtor(s)

Case No. 26-50154-MWC

Chapter 7

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/30/2026, I did cause a copy of the following document(s), described below:

NOTICE OF INTENT TO SELL WITH NEGATIVE NOTICE (NOIS)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Northern District of Florida, Panama City Division, Bankruptcy Court's official court matrix on 10/30/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2026


/s/ Theresa M. Bender, Trustee
Theresa M. Bender, Trustee
Bar No. 0749486
Theresa M. Bender, P.A.
PO Box 14557
Tallahassee FL 32317
850-205-7777
Tmbenderch7@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

| | |
|---|---|
| In re:<br>Michael William Kunst<br>Tina Louise Kunst<br>Debtor(s) | Case No. 26-50154-MWC<br>Chapter 7 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/30/2026, I did cause a copy of the following document(s), described below:

NOTICE OF INTENT TO SELL WITH NEGATIVE NOTICE (NOIS)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/30/2026, I caused a copy of the NOTICE OF INTENT TO SELL WITH NEGATIVE NOTICE (NOIS) to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

# EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Ally Bank c/o AIS Portfolio Services, LLC | | | 4515 N Santa Fe Ave. Dept. APS | | Oklahoma City OK 73118-7901 |
| Florida Dept. of Labor/Employment Security | | | c/o Florida Dept. of Revenue | P.O. Box 6668 | Tallahassee FL 32314-6668 |
| Florida Dept. of Revenue | | | Bankruptcy Unit | P.O. Box 6668 | Tallahassee FL 32314-6668 |
| Internal Revenue Service | | | P.O. Box 7346 | | Philadelphia PA 19101-7346 |
| Secretary of the Treasury | | | U.S. Treasury Department | 15th & Pennsylvania Ave. | Washington DC 20220-0001 |
| U.S. Securities & Exchange Commission | | Atlanta Reg Office and Reorg | 950 E Paces Ferry Rd NE | Ste. 900 | Atlanta GA 30326-1382 |
| United States Attorney General | | Office of the Attorney General | Main Justice Bldg., Rm. 511 | Tenth & Constitution | Washington DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | | | 111 NORTH ADAMS STREET | 4TH FLOOR | TALLAHASSEE FL 32301-7730 |
| Ally Financial | | | Attn: Bankruptcy | P.O. Box 8128 | Cockeysville MD 21030-8128 |
| Amex | | | Correspondence/Bankruptcy | P.O. Box 981535 | El Paso TX 79998-1535 |
| Bank of America | | | Attn: Bankruptcy | 4909 Savarese Circle | Tampa FL 33634-2413 |
| Barclays Bank Delaware | | | Attn: Bankruptcy | P.O. Box 8801 | Wilmington DE 19899-8801 |
| Capio Partners, LLC | | | Attn: Bankruptcy | P.O. Box 3498 | Sherman TX 75091-3498 |
| Capital One | | | Attn: Bankruptcy | P.O. Box 30285 | Salt Lake City UT 84130-0285 |
| Capital One N.A. | | | by AIS InfoSource LP as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Citibank | | | Attn: Bankruptcy Department | P.O.Box 790046 | St. Louis MO 63179-0046 |
| Citibank/The Home Depot | | | Citicorp Cr Srvs/Centralized Bankruptcy | P.O. Box 790046 | St Louis MO 63179-0046 |
| Comenity Bank/Victorias Secret | | | Attn: Bankruptcy | P.O. Box 182273 | Columbus OH 43218-2273 |
| Comenity/Ulta | | | Attn: Bankruptcy Dept | P.O. Box 182125 | Columbus OH 43218-2125 |
| Discover Financial | | | Attn: Bankruptcy | P.O. Box 3025 | New Albany OH 43054-3025 |
| Edfinancial Services L | | | 120 N Seven Oaks Drive | | Knoxville TN 37922-2359 |
| US BANK | | | PO BOX 5229 | | CINCINNATI OH 45201-5229 |
| Inovation Credit Union | | | P.O Box 15529 | | Panama City FL 32406-5529 |
| Inovation Cu | | | P.O. Box 5529 | | Panama City FL 32406 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, | Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | Boca Raton FL 33487-2853 |
| JPMorgan Chase Bank, N.A. | | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison TX 75001-9013 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | PO BOX 7999 | | SAINT CLOUD MN 56302-7999 |
| Jpmcb | | | MailCode LA4-7100 | 700 Kansas Lane | Monroe LA 71203-4774 |
| LVNV Funding, LLC | | | Resurgent Capital Services | P.O. Box 10587 | Greenville SC 29603-0587 |
| Lakeview Loan Servicing, LLC | | c/o Nationstar Mortgage, LLC | Attn: Bankruptcy Department | P.O. Box 6919096 | Dallas TX 75261 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | PO BOX 41067 | | NORFOLK VA 23541-1067 |

| | | | | | |
|---|---|---|---|---|---|
| Quantum3 Group LLC as agent for | | | Comenity Bank | P.O. Box 788 | Kirkland WA 98083-0788 |
| Quantum3 Group LLC as agent for | | | MOMA Trust LLC | PO Box 788 | Kirkland WA 98083-0788 |
| Regions/EnerBank USA | | | Attn: Bankruptcy | 650 S Main St, Ste 1000 | Salt Lake City UT 84101-2844 |
| Resurgent Acquisitions LLC | | c/o Resurgent Capital Serv. | Attn: Bankruptcy Dept. | 55 Beattie Place, #110 | Greenville SC 29601-5115 |
| Rocket Mortgage | | | Attn: Bankruptcy | P. O Box 650783 | Dallas TX 75265-0783 |
| Rocket Mortgage, LLC | | | Attn: Bankruptcy | 5801 Postal Road | Chester VA 23831 |
| Syncb/Old Navy | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank/Amazon | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank/Gap | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank/Lowes | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |
| Synchrony Bank/Sams Club | | | Attn: Bankruptcy | P.O. Box 965060 | Orlando FL 32896-5060 |
| Truist Financial | | | Attn: Bankruptcy | 214 North Tryon Street | Charlotte NC 28202-0129 |
| U.S. Department of Education | | | 120 N. Seven Oaks Drive | | Knoxville TN 37922-2359 |
| Verizon | | | by AIS InfoSource LP as agent | P.O. Box 4457 | Houston TX 77210-4457 |
| Wells Fargo Jewelry Advantage | | | Attn: Bankruptcy | P.O. Box 10438 Mac F8235-02f | Des Moines IA 50306-0438 |
| Byron Wright III | | | Bruner Wright, P.A. | 2868 Remington Green Circle | Tallahassee FL 32308-3755 |
| Michael William Kunst | | | 140 Sandollar Drive | | Panama City FL 32408-5116 |
| Tina Louise Kunst | | | 140 Sandollar Drive | | Panama City FL 32408-5116 |